**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jerold Yazzie,<br><br>            Petitioner,<br><br>v.<br><br>David Shinn, et al.,<br><br>           Respondents. | No. CV-22-01382-PHX-ROS<br><br>**ORDER** |

Magistrate Judge Camille D. Bibles issued a Report and Recommendation ("R&R"). (Doc. 17). The R&R concludes Petitioner Jerold Yazzie's petition for writ of habeas corpus is barred by the one-year statute of limitations. The R&R also concludes Petitioner did not present his claims to the state courts and there is no basis to excuse that failure. Therefore, even if not barred by the statute of limitations, Petitioner would not be able to obtain relief in federal court. Shortly after the R&R was issued, Petitioner filed a document titled "Motion to: Object to the Ruling and Move for Reversal and Remand with Instructions Due to Newly Discovered Material Facts of the Case (with good cause showing)." (Doc. 18 at 1). That document does not mention the R&R nor does it address any of the R&R's conclusions. Instead, the document states the Court should "reverse and remand with instructions to explain why the Pinal County Jail Facility relocated the Petitioner from Protective Custody to general population, and once realized, the County Jail amended their mistake." (Doc. 18 at 1). Petitioner does not explain the relevance of this request.

Petitioner did not submit any meaningful objections to the R&R. Therefore, the Court need not conduct a de novo review of any aspect of the R&R. The R&R will be adopted in full.

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 17) is **ADOPTED IN FULL.** The petition for writ of habeas corpus (Doc. 7) is **DENIED** and this case is **DISMISSED WITH PREJUDICE**. The Clerk of Court shall close this case.

**IT IS FURTHER ORDERED** a Certificate of Appealability and leave to proceed in forma pauperis on appeal are **DENIED** because the dismissal of portions of the Petition is justified by a plain procedural bar and reasonable jurists would not find the ruling debatable, and because Petitioner has not made a substantial showing of the denial of a constitutional right.

Dated this 29th day of August, 2023.

Honorable Roslyn O. Silver
Senior United States District Judge